# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Demario Bernard Austin,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:18-cv-00329-RJC |
| | ) | 3:16-cr-00278-RJC-DSC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Oral Order entered in Court on 3/2/2021 and written Order entered on 3/10/2021.

March 10, 2021

Frank G. Johns, Clerk
United States District Court